CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE SERNA VAZQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al*.,<br><br>    Defendants. | Case No. 3:25-cv-08602-TSH<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

    The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until February 13, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on December 2, 2025, as scheduled. As of Wednesday, November 26, 2025, USCIS has placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed December 15, 2025).

Stipulation to Stay
Case No. 3:25-cv-08602-TSH                                1

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until February 13, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

| | |
|---|---|
| Dated: December 15, 2025 | Respectfully submitted,[1] |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | /s/ Molly A. Friend<br>MOLLY A. FRIEND<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: December 5, 2025 | /s/ Jessica T. Arena<br>JESSICA T. ARENA<br>Law Office of Jessica T. Arena<br>Attorney for Plaintiff |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. The case is stayed until February 13, 2026.

Date: December 16, 2025

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.