CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE SERNA VAZQUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al*.,<br><br>        Defendants. | Case No. 3:25-cv-08602-TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ~~[PROPOSED]~~ ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On February 17, 2026, the Court granted the parties' request to stay proceedings until April 14, 2026. *See* Dkt. No. 14. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on December 2, 2025, as scheduled. On December 2, 2025, USCIS issued Policy Memorandum PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* ("Policy Memorandum"), placing a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed April 14, 2026). On March 30, 2026, USCIS published a web alert, lifting the hold on asylum applications of applicants from

Stipulation to Stay
Case No. 3:25-cv-08602-TSH              1

non high-risk countries. *See* https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-screening-and-vetting (last accessed April 14, 2026). Plaintiff is a citizen of Mexico, a country that is not listed in Presidential Proclamations 10949 and 10998. The parties conferred and agree to continue the stay to allow time for USCIS to implement and to determine how to proceed in this matter given the recent updated operational guidance.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 15, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 14, 2026                                   Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


 */s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

//
//
//

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:25-cv-08602-TSH                    2

Dated: April 14, 2026

/s/ Jessica T. Arena
JESSICA T. ARENA
Law Office of Jessica T. Arena
Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until June 15, 2026.

Date: April 15, 2026

THOMAS S. HIXSON
United States Magistrate Judge

Stipulation to Stay
Case No. 3:25-cv-08602-TSH                    3