CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSE SERNA VAZQUEZ,

Plaintiff,

v.

JOSEPH B. EDLOW, Director, United States
Citizenship and Immigration Services, *et al*.,

Defendants.

Case No. 3:25-cv-08602-TSH

**JOINT STATUS REPORT AND STIPULATION
TO CONTINUE THE STAY OF
PROCEEDINGS; [PROPOSED] ORDER**

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On April 15, 2026, the Court granted the parties' request to stay proceedings until June 15, 2026. *See* Dkt. No. 15. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on December 2, 2025, as scheduled. USCIS reinterviewed Plaintiff on June 12, 2026, as scheduled. Following Plaintiff's asylum reinterview, USCIS must complete all background, identity, and security checks as required under 8 U.S.C. §1158(d)(5)(A)(i). The parties conferred and agree to continue the stay to allow time for USCIS to complete all required security checks. Once the security checks are completed, USCIS will take further adjudicative action on the application.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

Stipulation to Stay
Case No. 3:25-cv-08602-TSH                    1

July 13, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 15, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 15, 2026

/s/ Jessica T. Arena
JESSICA T. ARENA
Law Office of Jessica T. Arena
Attorney for Plaintiff

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until July 13, 2026.

Date: June 16, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.