CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE SERNA VAZQUEZ,<br><br>               Plaintiff,<br><br>     v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al*.,<br><br>               Defendants. | Case No. 3:25-cv-08602-TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [~~PROPOSED~~] ORDER** |

      The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On June 16, 2026, the Court granted the parties' request to stay proceedings until July 13, 2026, to allow time for USCIS to complete all required security checks. *See* Dkt. No. 17. United States Citizenship and Immigration Services ("USCIS") is now working to schedule a subsequent re-interview of Plaintiff but needs additional time to schedule the re-interview and issue the re-interview notice.

      Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 12, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

Stipulation to Stay
Case No. 3:25-cv-08602-TSH               1

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 13, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 13, 2026

/s/ Jessica T. Arena
JESSICA T. ARENA
Law Office of Jessica T. Arena
Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until August 12, 2026.

Date: July 14, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:25-cv-08602-TSH                    2